# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**        **Case No. 2:13-cr-192**

  v.        **Judge Peter C. Economus**

**JEFFREY A. JOHNSON,**        **ORDER**

      **Defendant.**

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 26) that Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count 1 of the Indictment, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

_/s/ Peter C. Economus_
**UNITED STATES DISTRICT JUDGE**